UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-25048-JB


RASIEL GOMEZ-ORTEGA,
*By and through his next friend*
*Yodanys Gomez*

      Petitioner,

v.

GARRETT RIPA, Field Office Director,
U.S. Immigration and Customs
Enforcement, *et al.*,

      Respondents.

_____/

## ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** comes before the Court upon the Verified Petition for Writ of Habeas Corpus filed on behalf of Rasiel Gomez-Ortega through his sister, Yodanys Gomez, acting as "next friend."  ECF No. [1].  Petitioner challenges his immigration detention at Krome North Service Processing Center and seeks, among other relief, a bond hearing before an immigration judge or immediate release from custody.  *Id.* In their Response to the Petition, Respondents seem to concede that the Eleventh Circuit Court of Appeal's decision in *Hernandez Alvarez v. Warden, Federal Detention Center Miami*, 175 F.4th 1258 (11th Cir. 2026), governs Petitioner's detention such that he would be entitled to an individualized bond hearing. ECF No. [5] at 3–4. Accordingly, upon due consideration of the parties' submissions, the pertinent

1

portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Petition, ECF No. [1], is **GRANTED IN PART**.  Respondents shall promptly afford Petitioner an individualized bond hearing within **seven (7) days** of this Order or otherwise release Petitioner.

2.     Respondents shall, within 24 hours of the bond hearing, file a Status Report indicating the outcome of the bond hearing and, if release on bond is denied, the reason(s) for the denial.

3.     Any remaining claims in the Petition are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida this 10th day of August, 2026.

_____

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

2